17 So.2d 185

**Fletcher McCoy FREEMAN v. STATE.**
**6 Div. 43.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

13 So.2d 897

**Lee GARNER v. STATE.**
**4 Div. 769.**

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

19 So.2d 852

**F. A. GEISLER v. STATE.**
**I Div. 488.**

Court of Appeals of Alabama.
Nov. 21, 1944.

RICE, Judge.
Affirmed.

13 So.2d 897

**Levi GEORGE v. STATE.**
**5 Div. 191.**

Court of Appeals of Alabama.
May 18, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

12 So.2d 871

**James GILCHRIST v. STATE.**
**7 Div. 713.**

Court of Appeals of Alabama.
March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

19 So.2d 853

**John GILLIS v. CITY OF MOBILE.**
**I Div. 494.**

Court of Appeals of Alabama.
Aug. 22, 1944.

RICE, Judge.
Appeal dismissed, motion of appellant.